**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Charisma Denise Seigler            CHAPTER 13
                      Debtor(s)

BKY. NO. 25-15105 DJB

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC and index same on the master mailing list.

                                       Respectfully submitted,

                                       /s/ *Matthew Fissel*
                                       Matthew Fissel
                                       19 Dec 2025, 12:31:12, EST

                     KML Law Group, P.C.
                     701 Market Street, Suite 5000
                     Philadelphia, PA 19106-1532
                     (215) 627-1322