WWR# 042093242

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
AT PHILADELPHIA

| | |
|---|---|
| IN RE: | CASE NO. 25-15105-djb |
| CHARISMA DENISE SEIGLER | CHAPTER 13 |
| | JUDGE DEREK J BAKER |
| DEBTOR(S) | |

**NOTICE OF APPEARANCE**

Now comes Weltman, Weinberg and Reis Co., L.P.A., and hereby enters its appearance as Attorney for creditor, AMERICAN HERITAGE CREDIT UNION.

Please send all further communications, pleadings, court notices, and other documents intended for AMERICAN HERITAGE CREDIT UNION to undersigned Attorney.

Respectfully submitted,
Weltman, Weinberg & Reis Co. LPA

/s/ MILOS GVOZDENOVIC
MILOS GVOZDENOVIC
Attorney for Creditor
5990 West Creek Rd, Suite 200
CLEVELAND, OH 44131
877-338-9484
bronationalecf@weltman.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance was served on the following registered ECF Participants, **electronically** through the court's ECF System at the email address registered with the court and by **ordinary U.S. Mail** on 3rd day of February, 2026 addressed to:

MICHAEL A LATZES, Attorney for Debtor
EFILING@MLATZES-LAW.COM

KENNETH E WEST, Trustee
190 N INDEPENDENCE MALL W STE
PHILADELPHIA, PA 19106

OFFICE OF THE UNITED STATES TRUSTEE @ usdoj.gov

CHARISMA DENISE SEIGLER
4514 N CARLISLE ST
PHILADELPHIA, PA 19140-1119

    Respectfully submitted,
    Weltman, Weinberg & Reis Co. LPA

    /s/ MILOS GVOZDENOVIC
    MILOS GVOZDENOVIC
    Attorney for Creditor
    5990 West Creek Rd, Suite 200
    CLEVELAND, OH 44131
    877-338-9484
    bronationalecf@weltman.com