UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


IN RE:                                              : CHAPTER 13
   **Charisma Denise Seigler**                    :
                                                                  :
        **Debtor(s)**                            : NO.   25-15105 djb


## CERTIFICATION OF NOTICE

   I, **MICHAEL A. LATZES, ESQUIRE**, attorney for the Debtor in the above-

captioned matter, hereby certifies that the Amended Chapter 13 Plan and Amended

Schedule J were served on March 25, 2026,  on all creditors, by Court- generated ECF

notice and/or served a copy by first class mail,  to the following:


**Frederic J. Baker, Esquire**                     **ECF Notice and e-mail**
**Asst. U.S. Trust**                           **USTPRegion03.PH.ECF@usdoj.gov**

**Kenneth E. West, Trustee**                **ecfemails@ph13trustee.com**

**Matthew Fissel, Esquire**                 [**Bkgroup@kmllawgroup.com**](mailto:Bkgroup@kmllawgroup.com)
**Attorney for Rocket Mortgage, LLC**
**f/k/a Quicken Loans, LLC**

**The following creditors were sent the Amended  Chapter 13 Plan by first class mail:**

**Midland Credit Management, Inc**
**P.O. BOX 2037**
**Warren, MI 48090**

**American Heritage Credit Union**
**c/o Weltman, Weinberg & Reis Co.**
**5990 West Creek Road, Suite 200**
**Independence, OH 44131**

**LVNV Funding, LLC**
**Resurgent Capital Services**
**P.O. 7999**
**Attn: Bankruptcy Dept.**
**Saint Cloud, MN 56302-9617**

**Jefferson Capital Systems, LLC**
**P.O. BOX 7999**
**Saint Cloud, MN 56302-9617**

**Jefferson Health**
**P.O. BOX 1123**
**Minneapolis, MN 55440**

**Charisma D. Seigler**
**4514 N. Carlisle Street**
**Philadelphia, PA 19140**

**3-25-26**                                     **/s/ MICHAEL A. LATZES**
                                                      **MICHAEL A. LATZES, ESQUIRE**
                                                      **Attorney for Debtor**
                                                      **1528 Walnut Street, Suite 710**
                                                      **Philadelphia, PA 19102**
                                                      **(215) 545-0200**
                                                      **Attorney I.D. 34017**