## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

IN RE:                                             Case No. 25-15105-djb
                                                   Chapter 13
Charisma Denise Seigler

Debtor(s).

### NOTICE OF APPEARANCE

**Rocket Mortgage, LLC**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven K. Eisenberg, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Ste. 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

By:     /s/ Steven K. Eisenberg
        Steven K. Eisenberg, Esquire
        Bar No: 75736
        Stern & Eisenberg, PC
        1581 Main Street, Ste. 200
        The Shops at Valley Square
        Warrington, PA 18976
        Phone: 215-572-8111
        Fax: 215-572-5025
        seisenberg@sterneisenberg.com
        Attorney for Creditor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 26th day of March, 2026, to the following:

Michael A Latzes
Law Offices of Michael A. Latzes
1528 Walnut Street
Suite 700
Philadelphia, PA 19102
efiling@mlatzes-law.com
*Attorney for Debtor(s)*

Kenneth E. West
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
ecfemails@ph13trustee.com
*Chapter 13 Trustee*

United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov
*U.S. Trustee*

and by standard first class mail postage prepaid to:

Charisma Denise Seigler
4514 N. Carlisle Street
Philadelphia, PA 19140

*Debtor(s)*

By:        /s/ Steven K. Eisenberg
Steven K. Eisenberg, Esquire