### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Charisma Denise Seigler

                Debtor(s)

Rocket Mortgage, LLC f/k/a Quicken Loans, LLC, its successors and/or assigns

                Movant

        vs.

Charisma Denise Seigler

                Debtor(s)

Kenneth E. West

                Trustee

CHAPTER 13

NO. 25-15105 DJB

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC, which was filed with the Court on or about December 31, 2025.

Dated: April 10, 2026

                Respectfully submitted,

                /s/Matthew Fissel
                Matthew Fissel, Esq.
                KML Law Group, P.C.
                BNY Mellon Independence Center
                701 Market Street, Suite 5000
                Philadelphia, PA  19106
                Phone: (215)-627-1322
                mfissel@kmllawgroup.com

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:Charisma Denise Seigler** | **BK NO. 25-15105 DJB** |
| **Debtor(s)** | **Chapter 13** |
| **Rocket Mortgage, LLC f/k/a Quicken Loans, LLC** | |
| **Movant** | |
| **vs.** | |
| **Charisma Denise Seigler** | |
| **Debtor(s)** | |
| **Kenneth E. West** | |
| **Trustee** | |

## CERTIFICATE OF SERVICE

I, Matthew Fissel, certify that on 4/10/2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Praecipe to Withdraw

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Dated: 4/10/2026

**/s/ Matthew Fissel**
Matthew Fissel, Esquire
Attorney I.D. 314567
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
bkgroup@kmllawgroup.com

| Name and Address of Party Served | Relationship of Party | Via |
|---|---|---|
| Charisma Denise Seigler<br>4514 N. Carlisle Street<br>Philadelphia, PA 19140 | Debtor | ☐ Hand-delivered<br><br>☒ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☐ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |
| Michael A. Latzes Esq.<br>1528 Walnut Street (VIA ECF)<br>Suite 710<br>Philadelphia, PA 19102 | Attorney for Debtor | ☐ Hand-delivered<br><br>☐ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☒ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |
| Kenneth E. West<br>1901 N. Independence Mall West<br>Suite 701<br>Philadelphia, PA 19106 | Trustee | ☐ Hand-delivered<br><br>☐ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☒ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |