UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | **: CHAPTER 13 BANKRUPTCY** |
| **Charisma Denise Seigler** | **:** |
| **Debtor** | **:** |
| | **:** |
| **Rocket Mortgage, LLC** | **: No. 25-15105 djb** |
| **Movant** | **:** |
| **v.** | **:** |
| **Charisma Denise Seigler** | **:** |
| **Kenneth E. West, Trustee** | **:** |
| **Respondents** | **:** |

## CERTIFICATION OF NOTICE

I, MICHAEL A. LATZES, ESQUIRE, attorney for the Debtor in the above-captioned matter, hereby certifies that Debtor's Answer to the Amended Motion for Relief from Automatic Stay Under Section 362 filed by Rocket Mortgage, LLC's has been served on or before April 22, 2026, to the following parties by Court generated ECF:

**Frederic J. Baker, Esquire**           ECF Notice and e-mail
**Asst. U.S. Trust**                     **USTPRegion03.PH.ECF@usdoj.gov**
**Robert NC Nix, Sr. Federal Building**
**900 Market Street, Suite 320**
**Philadelphia, PA 19107**

**Daniel P. Jones, Esquire**             **Djones@sterneisenberg.com**
**Attorney for Movant**                  **and first class mail**

**Kenneth E. West, Esquire**             **ecfemails@ph13trustee.com**
**Trustee**

**Mailed by first class mail, postage prepaid:**

**Charisma Denise Seigler**
**4514 N. Carlisle Street**
**Philadelphia, PA 19140-1119**

**4-22-26**                                   **/s/ MICHAEL A. LATZES**
                                              **MICHAEL A. LATZES, ESQUIRE**
                                              **Attorney for Debtor**
                                              **1528 Walnut Street, Suite 710**
                                              **Philadelphia, PA 19102**
                                              **(215) 545-0200**
                                              **Attorney I.D. 34017**