United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 25-15105-djb

Charisma Denise Seigler Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: May 07, 2026 | Form ID: 155 | Total Noticed: 24 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Charisma Denise Seigler, 4514 N. Carlisle Street, Philadelphia, PA 19140-1119 |
| 15083992 | + | American Heritage FCU, 2620 Hunting Park Ave., Philadelphia, PA 19129-1321 |
| 15083993 | | Barclay Card/Old Navy/Gap, P.O. BOX 8801, Attn: Bankruptcy Dept., Wilmington, DE 19897-8801 |
| 15083997 | | Comenity Bank/Burlington Coat Factory, P.O. Box 183003, Attn: Bankruptcy Dept., Columbus, OH 43218-3003 |
| 15083999 | + | Dr. Melissa Schwartz, 375 Township Line Road, Attn: Bankruptcy Dept., Elkins Park, PA 19027-2239 |
| 15120567 | + | Rocket Mortgage, LLC, c/o Steven K. Eisenberg, Esquire, Stern & Eisenberg, PC, 1581 Main Street, Ste. 200, The Shops at Valley Square Warrington, PA 18976-3403 |
| 15086395 | + | Rocket Mortgage, LLC f/k/a Quicken Loans,LLC, c/o Matthew Fissel,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 15100450 | + Email/Text: BKRMailOps@weltman.com | May 08 2026 01:28:00 | AMERICAN HERITAGE CREDIT UNION, c/o Weltman, Weinberg & Reis Co., LPA, 5990 West Creek Rd, Suite 200, Independence, OH 44131-2191 |
| 15085319 | + Email/PDF: acg.acg.ebn@aisinfo.com | May 08 2026 01:33:41 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15083995 | + Email/Text: bankruptcy_notifications@ccsusa.com | May 08 2026 01:28:00 | CCS Collections, P.O. Box 607, Attn: Bankruptcy Dept., Norwood, MA 02062-0607 |
| 15083994 | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 08 2026 01:33:28 | Capital One, P.O. BOX 71087, Attn: Bankruptcy Dept., Charlotte, NC 28272-1087 |
| 15083996 | Email/PDF: Citi.BNC.Correspondence@citi.com | May 08 2026 01:33:43 | Citi Bank, P.O. Box 9001037, Attn: Bankruptcy Dept., Louisville, KY 40290-1037 |
| 15083998 | Email/PDF: creditonebknotifications@resurgent.com | May 08 2026 01:33:30 | Credit One Bank, P.O. BOX 98873, Attn: Bankruptcy Dept., Las Vegas, NV 89193-8873 |
| 15084000 | Email/PDF: ais.fpc.ebn@aisinfo.com | May 08 2026 01:33:41 | First Premier Bank, PO Box 5529, Sioux Falls, SD 57117-5529 |
| 15084001 | Email/Text: JCAP_BNC_Notices@jcap.com | May 08 2026 01:28:00 | Jefferson Capital Systems, LLC, P.O. BOX 7999, Attn: Bankruptcy Dept., Saint Cloud, MN 56302-9617 |
| 15102009 | Email/Text: JCAP_BNC_Notices@jcap.com | May 08 2026 01:28:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 15104421 | + Email/Text: BNCnotices@dcmservices.com | May 08 2026 01:28:00 | JEFFERSON HEALTH, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 15101972 | Email/Text: JCAP_BNC_Notices@jcap.com | May 08 2026 01:28:00 | Jefferson Capital Systems, LLC, P.O. BOX 772813, Chicago IL 60677-2813 |
| 15101413 | Email/PDF: resurgentbknotifications@resurgent.com | May 08 2026 01:33:31 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 07, 2026 | Form ID: 155 | Total Noticed: 24 |

| 15100353 | + Email/Text: bankruptcydpt@mcmcg.com | | |
|---|---|---|---|
| | | May 08 2026 01:28:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15084002 | + Email/Text: bankruptcyteam@rocketmortgage.com | | |
| | | May 08 2026 01:28:00 | Rocket Mortgage, 1050 Woodward Ave., 1111, MI 48226-3573 |
| 15122244 | + Email/Text: ecfbnc@aldridgepite.com | | |
| | | May 08 2026 01:28:00 | Rocket Mortgage LLC, c/o Shawn Miller, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 15096818 | + Email/Text: bankruptcyteam@rocketmortgage.com | | |
| | | May 08 2026 01:28:00 | Rocket Mortgage, LLC, fka Quicken Loans, LLC, fka Quicken Loans, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15084003 | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | May 08 2026 01:33:41 | SYNCB/TJX Rewards, P.O. BOX 669819, Attn: Bankruptcy Dept., Dallas, TX 75266-0773 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15085320 | *+ | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2026                Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DANIEL P. JONES | on behalf of Creditor Rocket Mortgage  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| MICHAEL A. LATZES | on behalf of Debtor Charisma Denise Seigler efiling@mlatzes-law.com |
| MILOS GVOZDENOVIC | on behalf of Creditor American Heritage Credit Union mgvozdenovic@weltman.com  pitecf@weltman.com |
| STEVEN K. EISENBERG | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |
| United States Trustee | |

District/off: 0313-2                          User: admin                                    Page 3 of 3
Date Rcvd: May 07, 2026                       Form ID: 155                                    Total Noticed: 24

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|   Charisma Denise Seigler | ) | Case No. 25−15105−djb |
| | ) | |
| | ) | |
|   Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: May 7, 2026

For The Court

Derek J Baker
Judge, United States Bankruptcy Court