**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re:<br><br>    CHARISMA DENISE SEIGLER<br>    Debtor(s)<br><br>    ROCKET MORTGAGE, LLC<br>    Movant<br>    v.<br>    CHARISMA DENISE SEIGLER<br>    Debtor(s)<br><br>    KENNETH E. WEST<br>    Trustee<br>    Respondent(s) | Chapter: 13<br><br>Bankruptcy Case: 25-15105-djb<br><br>Judge: BAKER, DEREK J. |

**ORDER APPROVING STIPULATION**

AND NOW, upon consideration of the Stipulation between Debtor and Rocket Mortgage, LLC, it is hereby STIPULATED and SETTLED that the Stipulation is APPROVED and made an Order of the Court.

BY THE COURT:

**Date: June 26, 2026**

_____
UNITED STATES BANKRUPTCY JUDGE

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

| In Re: | |
|---|---|
| CHARISMA DENISE SEIGLER<br>Debtor(s)<br><br>ROCKET MORTGAGE, LLC<br>Movant<br>v.<br>CHARISMA DENISE SEIGLER<br>Debtor(s)<br><br>KENNETH E. WEST<br>Trustee<br>Respondent(s) | Chapter: 13<br><br>Bankruptcy Case: 25-15105-djb<br><br>Judge: BAKER, DEREK J. |

**STIPULATION SETTLING MOTION FOR RELIEF FROM AUTOMATIC STAY**

AND NOW, upon the Motion of Rocket Mortgage, LLC and any and all successors and assignee's (hereinafter collectively referred to as "Creditor"), through its Counsel, Stern & Eisenberg, PC, under 11 U.S.C. § 362(d) for relief from the automatic stay as to Debtor's real property located at **4514 N Carlisle St, Philadelphia, PA 19140-1119** (hereinafter, the "Property"), and the parties agreeing to the entry of the Order settling the Motion for Relief and for cause shown, it is hereby STIPULATED AND SETTLED as follows:

1.  As of 05/12/2026, Charisma Denise Seigler (hereinafter, "Debtor") acknowledges that Debtor is due for the following post-petition regular monthly payments from February 1, 2026:

| Missed Payments | From | To | Principal and Interest | Escrow (if applicable) | Payment Amount | Total Amounts Missed |
|---|---|---|---|---|---|---|
| 4 | 02/01/2026 | 05/01/2026 | 631.40 | $136.09 | 767.49 | $3,069.96 |

| | |
|---|---|
| **Less post-petition partial payments (suspense balance):** | $(572.51) |
| **Total Amount of Post-Petition Payments Due:** | $2,497.45 |

Total to be paid by Stipulation                                        $2,497.45

2.  Beginning with the June, 2026 post-petition payment, Debtor shall cure the Arrears as set forth above by paying one-ninth (1/9) of the Arrears per month ($277.50/month) for the next eight (8) months together with the regular monthly mortgage payment (currently $767.49/month) for a total monthly payment of $1,044.99 *monthly* for the next eight months followed by a final 9th Stipulation payment in the amount of $277.45 plus the regular monthly mortgage payment of $767.49 making a final Stipulation payment totaling $1,044.94 in March of 2027. In the event the regular monthly payment changes for any reason, then the amount due pursuant to this Paragraph 2 shall be adjusted accordingly. Thereafter, Debtor agrees to continue making the regular monthly mortgage payment.

3.  Payment(s) due in accordance with this Stipulation shall be due on or before the 1st of each month.

4.  Debtor shall make the regular monthly payments required to the Trustee.

5. All payments due to Creditor from Debtor are to be made directly to Creditor pursuant to the applicable Proof of Claim or Transfer of Claim, making sure that Debtor's loan number appears on all payments.

6. In the event Debtor fails to make any of the payments set forth hereinabove (or payments for real estate taxes and/or hazard insurance when due) on or before their due dates, Creditor and/or Counsel may give Debtor and Debtor's counsel notice of the default.

7. If any such default is not cured within ten (10) days of said notice of the default, upon certification to the court of such default, and request for Order, with a copy to Debtor and Debtor's counsel, Creditor shall immediately have relief from the bankruptcy stay.

8. Debtor shall pay all attorney's fees and costs for each Notice of Default issued by Creditor as a result of Debtor's failure to make payments in accordance with this Order.

9. The failure by Creditor, at any time, to file a Certification of Default upon default by Debtor shall not be construed, nor shall such failure act, as a waiver of any of Creditor's rights hereunder.

10. Upon issuance of the aforesaid Order, the parties hereto further agree that Creditor may proceed in state court to exercise all rights and remedies available to it as a mortgagee and creditor under state and federal law including, but not limited to, the initiation of and continuation of foreclosure and execution process through sheriff's sale concerning the Property and ejectment thereafter.

11. In the event Debtor converts to a bankruptcy under Chapter 7 of the Bankruptcy Code, Debtor shall pay all pre-petition arrears and post-petition arrears within ten (10) days from the date that the case is converted. If Debtor fails to make payment in accordance with this paragraph then Creditor, through Counsel, may file a certification setting forth said failure and Creditor shall be granted immediate relief from the automatic stay.

12. It is further agreed that the 14-day stay provided by Rule 4001(a)(4) is hereby waived. In the event an order granting relief is entered then the requirements of 3002.1 shall NOT apply to Creditor.

13. Facsimile signatures shall be as valid as original signatures and this Stipulation may be signed in counterparts.

14. If this bankruptcy action is dismissed, discharged, or converted, this Stipulation shall be become null and void.

By signing this Stipulation, Debtor's Counsel represents that Debtor is familiar with and understand the terms of the Stipulation and agree to said terms regardless of whether Debtor has actually signed said stipulation. Seen and agreed by the parties on the date set forth below:

/s/ Daniel P. Jones
Daniel P. Jones
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Fax: (215) 572-5025
Bar Number: 321876
Email: djones@sterneisenberg.com
Counsel for Creditor
Date: May 20, 2026
No Objection

Michael A Latzes
1528 Walnut Street
Suite 700
Philadelphia, PA 19102
efiling@mlatzes-law.com
Counsel for Debtor(s)
Date:   06 · 18 · 2026

/s/ LeeAne O. Huggins
Kenneth E. West
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
ecfemails@ph13trustee.com
Chapter13 Trustee
Date:  June 23, 2026